JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SANDRA MILLER,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

Case No.: 2:20-cv-06075-RGK-PD

**ORDER OF DISMISSAL**

[16]

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Capital One Bank (USA), N.A., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: October 20, 2020

*/s/ Gary Klausner*

Honorable R. Gary Klausner
United States District Judge